UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RANA FOROUGHI AND SHAOLAH FARHADI,   Civ. File No. 11 CV 4883

                Plaintiff,

-against-   **NOTICE OF SUGGESTION OF BANKRUPTCY**

AMERICAN AIRLINES, INC.

                Defendant.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that on November 29, 2011 (the "Commencement Date"), AMR Corporation, American Airlines, Inc., American Eagle Airlines, Inc., Executive Airlines, Inc., and certain of their subsidiaries and affiliates (collectively, the "Debtors") filed voluntary petitions seeking bankruptcy protection under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The bankruptcy cases are being jointly administered under Chapter 11 Case No. 11-15463 (SHL) (the "Bankruptcy Cases"). A copy of American Airlines, Inc.'s chapter 11 petition is attached as Exhibit A.

      PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the "Automatic Stay"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and of "any act to obtain possession of property of the estate or of property

2618705-01

from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1) & 362(a)(3).

PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

If the Court or any parties have questions about the Bankruptcy Cases or this notice, bankruptcy counsel for the Debtors can be contacted as follows:

Stephen A. Youngman
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Fax: (214) 746-7777


Dated: December 1, 2011

                                                CONNELL FOLEY LLP
                                                Attorneys for Defendant,
                                                American Airlines, Inc.

                                                By: _____
                                                    Michael Crowley
                                                    888 Seventh Avenue
                                                    9th Floor
                                                    New York, New York 10106
                                                    (212) 307-3700

2618705-01

# EXHIBIT A

## Chapter 11 Petition

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**      )
                           )   ss.:
**COUNTY OF NEW YORK**     )

DAWN CAMMAYO, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Matawan, New Jersey

On December 1, 2011, deponent served the within NOTICE OF SUGGESTION OF

BANKRUPTCY upon:

> James S. Irani, Esq. (JSL 8615)
> Law Office of James S. Irani, P.C.
> Attorneys for Plaintiffs
> 347 Fifth Avenue, Suite 908
> New York, New York  10016
> 212-683-7700

By depositing a true copy of the same in a properly addressed wrapper into the custody of FedEx, an overnight delivery service for overnight delivery, prior to the latest time designed by FedEx for over night delivery.

_____
DAWN CAMMAYO

Sworn to before me this
1st day of December, 2011

_____
Notary Public

MICHAEL J. CROWLEY
Notary Public State of New York
No. 02CR4848711
Qualified in Nassau County
Commission Expires 12/31/12

2618705-01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civ. File No. 11 CV 4883

---

RANA FOROUGHI AND SHAOLAH FARHADI,

                                *Plaintiff,*

    *against-*

AMERICAN AIRLINES, INC.

                                *Defendants.*

---

**NOTICE OF SUUGESTION
OF BANKRUPTCY**

---

**CONNELL FOLEY LLP**
*Attorneys for Defendants*
**AMERICAN AIRLINES, INC.**
*888 Seventh Avenue-9th Floor
New York, New York 10106
(212) 307-3700
Fax: (516) 742-2516*